Decision Per Curiam.

H. L. Anderson, Appellant, vs. Land Mortgage Bank of Florida, Limited, of England, a corporation, and C. B. Bishop Appellees.

Appeal from Circuit Court, Marion county; William A. Hocker, Judge.

*H. L. Anderson and R. L. Anderson,* for Appellant.

*W. B. Owen and O. T. Green,* for Appellees.

The bill in this cause was filed by the appellant against the appellees and others. There was decree for the complainant, and afterwards an order was made on motion of appellees opening and vacating the final decree as to the appellees, and the complainant appeals.

Appeal dismissed on praecipe of counsel for the appellant.

Decision Per Curiam.